FORM TO BE USED BY PRISONERS FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. Sec. 1983

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
<u>PINEBLUFF</u> DIVISION

**JAN 3 0 2004**

JAMES W. McCORMACK, CLERK
By:_____
<u>DEP CLERK</u>

_____
KENNETH JORDAN

ADC # <u>102078</u>

_____
(Enter above the full name of the
plaintiff, or plaintiffs, in this
action.)

**V.**

CASE NO. <u>5-04-CV-00041</u>

_____
DR. OLUMOFIN, DR. DIAB, DR. BOONE, MS. BEARDON, GEORGE WILSON

MS. WILLIS, GRANT HARRIS, LARRY NORRIS, MS. THOMAS, SGT. RYAN

MAX MOBLEY, RAY HOBBS AND MICHEAL PFIEFFER, RICHARD MILES

_____
(Enter above the full name of
defendant or defendants, in
this action.)

This case assigned to District Judge Wright
and to Magistrate Judge Ray

I.   Previous Lawsuits

    A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action?

        Yes _____   No <u>XXXXXX</u>

    B.   If your answer to A is yes, describe each lawsuit in
        the space below.   (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.   Parties to this lawsuit

            Plaintiffs: _____

            _____

            Defendants: _____

            _____

        2.   Court (lf federal court, name the district; if state
            court, name the county: _____

            _____

-1-



3.   Docket Number:

4.   Name of Judge to whom case was assigned:

5.   Disposition (for   example: Was the case dismissed? was it appealed?  Is it still pending?):

6.   Approximate date of filing lawsuit:

7.   Approximate date of disposition:

II.   Place of present Confinement:

III.   There is a prisoner grievance procedure in the Arkansas Department of Correction. **Failure to complete the grievance procedure may affect your case in federal court.**

A.   Did you present the facts relating to your   complaint in the state prisoner grievance procedure?

Yes XXXXXXXX No

B.   If your answer is YES, Attach copies evidencing completion of **the final step of the grievance appeal** procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT **IN THE DISMISSAL OF YOUR COMPLAINT.**

C.   If your answer is NO, explain why not:

IV.   Parties
(In item A below, place your name in the first blank and place your present address in the second blank.    Do the same for additional plaintiffs, if any.)

A.   Name of plaintiff:  KENNETH JORDAN, ADC# 102078

Address:  7206 WEST 7th STREET, PINEBLUFF, ARKANSAS   71603

Name of plaintiff:

Address:

Name of plaintiff:

Address:

-2-

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: DR. OLUMOFIN

Position : DOCTOR FOR THE (ADC) JEFFERSON UNIT INFIRMARY

Place of employment: CORRECTIONAL MEDICAL SERVICE

Address: 7206 WEST 7th STREET, PINEBLUFF, ARKANSAS 71603


Defendant: DR. DIAB

Position : DOCTOR OF (ADC) JEFFERSON UNIT INFIRMARY

Place of employment: CORRECTION MEDICAL SERVICES

Address: 7206 WEST 7th STREET, PINEBLUFF, ARKANSAS 71603


Defendant: DR. BOONE

Position : DOCTOR FOR THE (ADC) JEFFERSON UNIT INFIRMARY

Place of employment: CORRECTIONAL MEDICAL SERVICE

Address: 7206 WEST 7th STREET, PINEBLUFF, ARKANSAS  71603


Defendant: MS. BEARDON

Position : JCJ/CF INFIRMARY SUPV.

Place of employment: CORRECTIONAL MEDICAL SERVICE

Address: 7206 WEST 7th STREET, PINEBLUFF, ARKANSAS 71603


Defendant MS. WILLIS

Position : JCJ/CF INFIRMARY MANAGER

Place of employment: CORRECTIONAL MEDICAL SERVICE

Address: 7206 WEST 7th STREET, PINEBLUFF, ARKANSAS 71603

(In Item B below, place the full name of the defendant in
the first blank, his official position in the second blank,
his place of employment in the third blank, and his address in
the fourth blank.)

Defendant: MICHEAL PFIEFFER  AND RICHARD MILES

Position : (CEO) FOR CORRECTIONAL MEDICAL SERVICE

Place of employment: CORRECTIONAL MEDICAL SERVICE

Address: 12647 OLIVE BLVD.,P.O. BOX 419052, ST. LOUIS, MO. 63141


Defendant: GRANT HARRIS

Position : WARDEN OF THE (ADC) JEFFERSON REGIONAL UNIT

Place of employment: (ADC) JEFFERSON REGIONAL UNIT

Address: 7206 WEST 7th STREET, PINEBLUFF, ARKANSAS  71603


Defendant: MAX MOBLEY

Position : ASST. DEPUTY DIRECTOR OF THE (ADC)

Place of employment: ARKANSAS DEPARTMENT OF CORRECTIONS

Address: P.O. BOX 8707, PINEBLUFF, ARKANSAS  71603


Defendant: LARRY NORRIS

Position : DIRECTOR OF THE (ADC)

Place of employment: ARKANSAS DEPARTMENT OF CORRECTIONS

Address: P . O . BOX 8707, PINEBLUFF, ARKANSAS   71603


Defendant: MS. THOMAS

Position : NURSE FOR THE JCJ/CF (ADC) UNIT

Place of employment: CORRECTIONAL MEDICAL SERVICE

Address: 7206 WEST 7th STREET, PINEBLUFF, ARKANSAS 71603

DEFENDANT: GEORGE WILSON

POSITION: REGIONAL MANAGER FOR (CMS)

PLACE OF EMPLOYMENT: (CMS) CORRECTIONAL MEDICAL SERVICE

ADDRESS: 6814 PRINCETON PIKE RD.,PINEBLUFF, AR. 71603

DEFENDANT:  MR. RYAN

POSITION:  SARGEANT WITH THE (ADC) JCJ/CF UNIT

PLACE OF EMPLOYMENT: (ADC) JCJ/CF UNIT

ADDRESS:  7206 WEST 7th STREET, PINEBLUFF, AR. 71603

V.     Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) THE PLAINTIFF WAS DIAGNOSED WITH A CHRONIC TEETH PROBLEMS WHEN HE FIRST CAME TO THE ARK. DEPT. OF CORRECTIONS AND (CMS) IS THE HEALTH CARE PROVIDER WHO HAS STEADILY DENIED THE PLAINTIFF MEDICAL TREATMENT TO A SERIOUS MEDICAL CONDITION. THE PLAINTIFF CONTENDS THAT HE HAS BROUGHT HIS MEDICAL CONDITION TO "ALL" THE DEFENDANTS ATTENTION AND THEY"VE WITH DELIBERATE INDIFFERENCE HAVE DENIED HIM CORRECTIVE ACTION AND/OR MEDICAL TREATMENT. HIS TEETH STARTED GIVING HIM PROBLEMS SHORTLY AFTER ENTERING THE (ADC, HE HAS FURTHER BEEN DENIED MEDICATION THAT WAS ORDER BY A (CMS) DOCTOR. THE PLAINTIFF IS ALSO FILING FOR CONDITIONS OF CONFINEMENT AND DENIAL OF PROPER LAUNDRY SERVICES CREATING UNSAFE CONDITIONS FOR THE INMATE POPULATION. FURTHERMORE, THE PLAINTIFF HAS BEEN MADE TO WORK IN THE KITCHEN, STANDING SOME FOUR TO SIX HOURS A DAY EVEN DESPITE HIS MEDICAL RESTRICTIONS AND LIMITATIONS. THEN ON 12-06-03, THE PLAINTIFF FELL ON A SLIPPERY, SEWAGE INFESTED FLOOR AND DID INJURY TO HIS BACK. THE PLAINTIFF FIRST PUT IN A SICK CALL AND WHEN HE HAD NOT BEEN SEEN IN SEVERAL DAYS HE THEN WROTE AN EMERGENCY GRIEVANCE INWHICH WAS DEEMED NOT TO BE AN EMERGENCY BY (CMS) MEDICAL INFIRMARY STAFF. THE PLAINTIFF WROTE SEVERAL REQUEST FOR INTERVIEWS, GRIEVANCES AND EVEN LETTERS TO MICHEAL PFIEFFER AND RICHARD MILES, AS WELL AS GEORGE WILSON.                       (SEE) STATEMENT OF FACTS

VI.    Relief

State briefly exactly what **YOU want the court to do for** YOU. Make **no legal arguments. Cite no cases or statutes.**

THE PLAINTIFF WOULD LIKE HIS CHRONIC BACK PROBLEM REPAIRED AND THE (ADC) AND (CMS) POLICY TOWARD INMATE MEDICAL TO CHANGE, THE PLAINTIFF WOULD LIKE THIS COURT TO GRANT HIM NOMINAL, COMPENSITORY, ACTUAL AND PUNITIVES DAMAGES IN THE AMOUNT OF ONE (1) MILLION DOLLARS TO SEND A MESSAGE TO THE DEFENDANTS THAT THIS TYPE OF TREATMENT AND DENIAL OF INMATES SERIOUS MEDICAL NEEDS WILL NOT BE TOLERATED. THE PLAINTIFF REQUEST THIS JUDGEMENT IN FAVOR OF THE PLAINTIFF AGAINST EACH DEFENDANT AS ALLOWED BY LAW, AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY, AS WELL AS ANY AND ALL OTHER RELIEF INWHICH THIS COURT DEEMS PROPER.

I declare under penalty of perjury (18 U. S. C. § 1621 that the foregoing is true and correct.

Executed on this _29TH_ day of ___JANUARY___ ,20 _04_

_____
Signature(s) of plaintiff(s)

-4-

" STATEMENT OF FACTS "

ON OR ABOUT JULY 23, 2003, THE PLAINTIFF HAD FIVE (5) TEETH PULLED
BY THE CUMMINS UNIT DENTIST AND WAS PRESCRIBED THIRTY TABLETS OF CEPHALEXIN,
(ANTIBIOTICS) 500MG ONE X DAILY. THEN ON OR ABOUT JULY 30th, 2003, THE
PLAINTIFF WITH TWENTY-FOUR (24) OTHER INMATES WAS TRANSFERED TO THE JEFFERSON
COUNTY JAIL/ CORRECTIONAL FACILITY (HEREINAFTER REFERRED TO AS THE JCJ/CF)
UPON ARRIVING AT THE JCJ/CF, INMATE JORDAN"S PERSONAL PROPERTY WAS
INVENTORIED BY DEFENDANT, SGT. RYAN OF THE ARKANSAS DEPARTMENT OF CORRECTION
(HEREINAFTER REFERRED TO AS THE ADC). THE PLAINTIFF"S MEDICATION WAS TAKEN
FROM HIM ALONG WITH HIS TAGMET, NASAL SPRAY, ASPIRIN, METAMORPHIN,
HYDRACORTIZONE AND TRIPLE ANTIBIOTIC CREME. DURING THE INCOMING INVENTORY
SHAKEDOWN. SGT RYAN TURNED OVER "ALL" THE ABOVE MENTIONED MEDICATIONS TO
NURSE THOMAS OF THE CORRECTIONAL MEDICAL SERVICES INFIRMARY (HEREINAFTER
REFERRED TO AS CMS).

LATER THAT AFTERNOON INMATE JORDAN ASKED DEFENDANT SGT. RYAN WHAT
HE DID WITH HIS MEDS AND THE MR. RYAN TOLD HIM THAT HE TURNED THE MEDICATION
OVER TO NURSE THOMAS. LATER THAT SAME DAY THE PLAINTIFF ASKED NURSE THOMAS
(IF) SHE HAD HIS MEDICATION AND SHE SAID, DO I LOOK LIKE A WALKING MEDICINE
CABINET. HE WAS REFUSED HIS MEDICINE AT THE PILL WINDOW AND AT THAT POINT,
INMATE JORDAN THEN FILED AN EMERGENCY GRIEVANCE THAT WAS SIGNED AND RECEIVED
BY SGT. K. COURTNEY.

ON JULY 31st, 2003, THE PLAINTIFF WENT TO THE PILL WINDOW AND WAS
AGAIN TOLD HE HAD "NO" MEDICATION, HE WENT THEN TO THE INFIRMARY DOOR AND
PERSONALLY TALKED TO NURSE THOMAS, WHO SAID SHE KNEW NOTHING OF HIS
MEDICATIONS. HE TRIED TO EXPLAIN TO HER HIS SITUATION AND THAT HE HAD PUT IN
A EMERGENCY GRIEVANCE AND SHE THEN STATED: "SHE DID NOT HAVE TIME TO HEAR HIS
SOB STORIES!!" THE PLAINTIFF WAS IN EXTREME PAIN AND SUFFERING REALLY BAD. HE
WENT BACK TO THE PILL WINDOW AND EXPLAINED TO THE NURSE THAT HE WAS A
DIABETIC WHO WAS SUPPOSE TO BE TAKING ANTIBIOTICS FOR HIS INFECTED TEETH AND
SHE SAID (IF) NURSE THOMAS COULDN"T HELP HIM SHE COULDN"T EITHER.

ON AUGUST 1st, 2003, THROUGH AUGUST 4th 2003, THE PLAINTIFF"S GUMS
BECAME SEVERELY INFECTED, THEY BEGAN TO SWELL AND BLEED BADLY AND WAS DIRECT
RESULTS OF NOT BEING GIVEN HIS ANTIBIOTIC MEDICATIONS. BECAUSE THE PLAINTIFF
IS A DIABETIC IT PUT HIS LIFE IN SERIOUS JEOPARDY AND WORSENED THE
PLAINTIFF"S PAIN, AND SUFFERING AT THE HANDS OF THE DEFENDANTS. FINALLY AFTER
APPROXIMATELY A WEEK OF DOING WITHOUT HIS MEDICATION. HE WAS RETURNED HIS

MEDICATION AND YET, THE SWELLING CONTINUED AND WORSENED.

ON AUGUST 7th, 2003, THE PLAINTIFF WAS SEEN BY A NURSE ON SICK CALL AND REFERED IMMEDIATELY TO THE UNIT DENTIST, WHO HAPPEN TO BE AT THE UNIT THAT DAY. HE WAS REFERED TO ANOTHER DENTIST AT DIAGNOSTIC WHO A COUPLE DAYS LATER SAW THE PLAINTIFF AND ORDERED HIM TEN (10) DAYS OF PENICELLUM FOR SEVERE INFECTION OF THE GUMS. THE PLAINTIFF STILL HAS BIG HOLES IN HIS MOUTH NOW BECAUSE OF THE DENIAL OF MEDICATION AND TREATMENT OF A VERY SERIOUS MEDICAL NEED. YET STILL THE PLAINTIFF DID NOT FILE ANY CIVIL ACTION AGAINST THE (ADC) & (CMS) OFFICIALS.

THEN ON DECEMBER 6th, 2003, WHILE STILL BEING FORCED TO WORK IN THE JCJ/CF UNIT KITCHEN BEYOND HIS MEDICAL CONDITIONS. THE PLAINTIFF WENT IN THE BATHROOM TO USE THE RESTROOM AND SLIPPED ON THE FLOOR WHICH WAS INFESTED WITH SEWAGE WATER INWHICH HAD LEAKED FROM THE TOILET CREATING SEVERELY UNSAFE CONDITIONS FOR THE INMATE POPULATION. THE PLAINTIFF INJURED HIS BACK AND REQUESTED TO BE CARRIED TO THE INFIRMARY BECAUSE HE HAD INJURED HIS BACK. HIP AND HAD A LARGE KNOT ON HIS HEAD. HIS SUPERVISOR CARRIED HIM TO THE INFIRMARY WERE HE WAS GIVEN TWO (2) TYLENOLS AND TOLD TO PUT IN A SICK CALL, BECAUSE THIS WAS NOT AN EMERGENCY SITUATION. THE PLAINTIFF THEN PUT IN A SICK CALL AND ON DECEMBER 12th, 2003, WHEN HE HAD NOT SEEN THE DOCTOR, HE PUT IN AN EMERGENCY GRIEVANCE SIGNED AND RECIEVED BY OFFICER SHENNA ODUAH AND NEVER RECEIVED ANY RESPONSES TO HIS GRIEVANCES. THE PLAINTIFF HAS FILED SEVERAL GRIEVANCES "ALL" INWHICH HAVE BEEN ENCLOSED. THE PLAINTIFF HAS NOT ONLY FILED GRIEVANCES TO THE WARDEN DEFENDANT, GRANT HARRIS, YET ALSO TO MAX MOBLEY AND AN EXTRA STEP NOT REQUIRED TO LARRY NORRIS. THE PLAINTIFF ALSO SENT IN REQUEST FOR INTERVIEWS, TO MS. BEARDON, GRANT HARRIS & MAX MOBLEY. THE PLAINTIFF CONTENDS THAT HE HAS EXHAUSTED "ALL" POSSIBLE ADMINISTRATIVE REMEDIES TO DEFENDANTS, GRANT HARRIS/WARDEN AT THE JCJ/CF, MS. WILLIS/(CMS) INFIRMARY MANAGER AT JCJ/CF, MAX MOBLEY/ASST. DEPUTY DIRECTOR, ALSO IN "GOOD FAITH" EXTRA STEPS TO DEFENDANTS, LARRY NORRIS/(ADC) DIRECTOR, RICHARD MILES/CEO & PRESIDENT OF (CMS) AND GEORGE WILSON/ARKANSAS REGIONAL MANAGER FOR (CMS), EVERY POSSIBLE ADMINISTRATIVE REMEDY HAS BEEN EXHAUSTED AND NOW THE PLAINTIFF APPEALS TO THE UNITED STATES DISTRICT COURT WHICH IS HIS NEXT LEVEL OF APPEAL (PER) NOT RECEIVING ANY RESPONSES FROM THE ASST. DEPUTY DIRECTOR, DEFENDANT MAX MOBLEY AND THE PLAINTIFF"S EXTRA STEPS NOT REQUIRED BY THE COURTS TO LARRY NORRIS, RICHARD MILES, AND GEORGE WILSON OF (CMS) THE HEALTH CARE PROVIDER WHO IS CONTRACTED BY THE (ADC) TO PROVIDE HEALTH CARE SERVICES FOR THE INMATE POPULATION OF THE (ADC) (PER) (ADC-DCP)-(CMS) SERVICE AGREEMENT.

THE PLAINTIFF CONTENDS THAT HE HAS EXHAUSTED "ALL" OF THE REQUIRED REMEDIES BY THIS COURT AND THAT THE NEW GRIEVANCES (ONLY) SERVE AS FURTHER PROOF OF KNOWLEDGE AND "GOOD FAITH" EFFORT ON THE BEHALF OF THE PLAINTIFF TO SOLVE THIS PROBLEM PRIOR TO APPEALING THIS ACTION TO THE U.S. DISTRICT COURT. FURTHERMORE THE PLAINTIFF (ALSO) CONTENDS THAT (PER) WILLIAMS VS. NORRIS, 176 F3d 1089,1090 (8th Cir. 1999) (HOLDS THAT IT IS SUFFICIENT FOR A PRISONER TO EXHAUST THEIR REMEDIES BEFORE TRIAL)

FURTHERMORE, IT IS NOT NECESSARY FOR THE PLAINTIFF TO RE-EXHAUST ADMINISTRATIVE REMEDIES CONCERNING THE SAME GRIEVANCE ISSUES AND VIOLATIONS OF HIS CONSTITUTIONAL RIGHT"S. THE PLAINTIFF HAS INCLUDED HIS (ONLY) COPIES OF THE GRIEVANCES, REQUEST FOR INTERVIEWS, LETTERS, ETC... AND ALSO THE PLAINTIFF (ALSO) WOULD LIKE TO INTRODUCE THE FACT THAT THIS IS A MEDICAL UNIT AND YET, THE (ADC) JCJ/CF OFFICIALS DO NOT PROVIDE A LAUNDRY SERVICE FOR THE INMATE POPULATION IN THE BUILDING. THIS ONLY SERVES TO PUT THE INMATE POPULATION IN UNSAFE, UNHEALTHY AND RISK OF SERIOUS HARM BECAUSE OF CONTAGOUS DISEASES AT THE UNIT. ETC... THE (ADC) JCJ/CF UNIT DOES NOT PROVIDE ANY SOAP, DETERGENT AND/OR BLEACH, AND REQUIRE THE INMATE POPULATION TO WASH THEIR DIRTY SOCKS, UNDERWEAR, BOXERS, ETC... IN THE SAME SINK INWHICH THEY ARE FORCED TO BRUSH THEIR TEETH, WASH THEIR FACE AND WASH THEIR BOWLS AND EATTING UTENSILS. THIS IS CLEARLY UNSAFE AND UNSANITARY CONDITIONS THAT ONLY SERVE TO PLACE THE JCJ/CF INMATE POPULATION IN MORE DANGER OF SERIOUS HARM OF DISEASES ETC...

" CAUSES OF ACTION "

THE PLAINTIFF SUPPORT THE FOLLOWING CLAIMS BY REFERENCE TO THE PREVIOUS PARAGRAPHS OF THIS COMPLAINT:

" COUNT I "

THE DELIBERATE INDIFFERENCE OF THE (ADC) AND (CMS) OFFICIALS AT JCJ/CF (ADC) UNIT FOR DENYING AND DELAYING MEDICATION AS WELL AS TREATMENT FOR SERIOUS MEDICAL NEEDS AND THE CONTINUED VIOLATIONS TO DEPRIVE THE PLAINTIFF"S RIGHT"S UNDER THE DUE PROCESS CLAUSE OF THE 8th AND 14th AMENDMENTS OF THE UNITED STATES CONSTITUTION.



## " COUNT II "

ALL THE ABOVE NAMED DEFENDANTS FAILED TO INTERVENE IN THE ONGOING VIOLATION OF THE PLAINTIFF"S RIGHT"S WHEN CLEARLY MADE AWARE OF THE MEDICAL ISSUES AND DENIAL OF TREATMENT, SOME PERSONALLY INVOLVED IN BOTH THE DENIAL AND SOME WERE PERSONALLY INVOLVED IN DENYING CORRECTIVE ACTIONS "ALL" OF WHICH AMOUNTED TO DELIBERATE INDIFFERENCE IN VIOLATION OF THE PLAINTIFF"S RIGHT"S UNDER THE DUE PROCESS CLAUSES OF THE 8th AND 14th AMENDMENTS OF THE UNITED STATES CONSTITUTION.

## " COUNT III "

THE DELIBERATE INDIFFERENCE OF DEFENDANTS, MICHEAL PFIEFFER, RICHARD MILES, GEORGE WILSON AND (CMS) CORRECTIONAL MEDICAL SERVICE FOR SETTING POLICIES, PROCEDURES AND PROTOCALL INWHICH ALLOWS THEIR EMPLOYEES TO DENY THE PLAINTIFF"S AND OTHER INMATES OF THE (ADC) SERIOUS MEDICAL NEEDS (SIMPLY) BECAUSE OF COST, AND THE ONGOING SUBSTANTIAL RISK OF SERIOUS HARM TO THE PLAINTIFF AND OTHER INMATES FOR THE DENIAL OF MEDICATION AND TREATMENT INWHICH IS STILL ON GOING AT PRESENT DEPRIVING THE PLAINTIFFS RIGHT"S UNDER THE DUE PROCESS CLAUSES OF THE 8th AND 14th AMENDMENTS OF THE UNITED STATES CONSTITUTION.

## " COUNT IV "

THE PLAINTIFF CONTENDS THE (CMS) OFFICIALS ARE IN VIOLATION OF THEIR (ADC-DCP)-(CMS) SERVICE AGREEMENT AND THE (ADC) OFFICIALS KNOW THAT THE (CMS) OFFICIALS ARE IN VIOLATION AND YET, THE (ADC) OFFICIALS ARE ALLOWING THE MISTREATMENT, CRUEL & UNUSUAL PUNISHMENT, DENIAL OF MEDICATION AND TREAMENT OF SERIOUS MEDICAL NEEDS OF INMATES (SIMPLY) BECAUSE THE (CMS) HEALTH CARE PROVIDER WAS THE LOWEST BIDDER. THE (ADC) AND (CMS) OFFICIALS DELIBERATE INDIFFERENCE IN ALLOWING THEIR OFFICIALS TO VILATE THE (ADC-DCP)-(CMS) SERVICE AGREEMENT ARE ALSO VIOLATING THE PLAINTIFF"S AND OTHER INMATES INCARCERATED WITHIN THE (ADC) JCJ/CF UNIT DEPRIVING THEM OF THE CONSTITUTIONAL RIGHT"S UNDER THE DUE PROCESS CLAUSES OF THE 8th AND 14th AMENDMENTS OF THE UNITED STATES CONSTITUTION.



" PRAYER FOR RELIEF "

WHEREFORE, THE PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT:

1. DECLARES THE ACTS AND OMMISSIONS DESCRIBED HEREIN VIOLATED THE PLAINTIFF"S RIGHT"S UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

2. ENTER A PRELIMINARY AND PERMANENT INJUNCTION ORDERING THE DEFENDANTS FOR THE (ADC) AND (CMS), THEIR SUCESSORS, AGENTS, EMPLYEES, AND "ALL" PERSONS ACTING IN CONCERT WITH THEM TO IMMEDIATELY GIVE THE PLAINTIFF PROPER MEDICAL TREATMENT, MEDICATION ETC...

3. ENTER A PRELIMINARY AND PERMANENT INJUNCTION ORDERING THE (ADC) OFFICIALS, THEIR SUCCESSORS, AGENTS, EMPLOYEES AND "ALL" PERSONS ACTING IN CONCERT WITH THEM SUCH AS (CMS) TO CHANGE THEIR POLICIES, PROCEDURES AND PROTOCALL DENYING INMATES PROPER MEDICAL TREATMENT AND MEDICATIONS (SIMPLY) BECAUSE OF COST.

4. ENTER A PRELIMINARY AND PERMANENT INJUNCTION ORDERING THE (ADC) AND (CMS) OFFICIALS WHEN PROPERLY NOTIFIED AND MADE AWARE OF SUCH DENIALS OF MEDICATION AND TREATMENT OF INMATES SERIOUS MEDICAL NEEDS, TO ACT PROMPTLY OR FACE SEVERE PENALTIES.

5. ENTER A JUDGEMENT IN FAVOR OF THE PLAINTIFF FOR NOMINAL, COMPENSATORY, ACTUAL AND PUNITIVE DAMAGES, AS ALLOWED BY LAW, AGAINST THE DEFENDANTS, BOTH JOINTLY AND SEVERALLY, TO SEND A MESSAGE TO OTHER (ADC) AND (CMS) OFFICIALS THAT SUCH BLATANT CRUEL AND UNUSUAL PUNISHMENT, DELIBERATE INDIFFERENCE AND RECKLESS DISREGARD TO INMATES SERIOUS MEDICAL NEEDS WILL NOT BE TOLERATED IN THE SUM OF ONE (1) MILLION DOLLARS.

6. ENTER A JUDGEMENT AGAINST CORRECTIONAL MEDICAL SERVICE FOR BLATANT VIOLATIONS OF THE (ADC-DCP)-(CMS) SERVICE AGREEMENT (SPECIFICALLY) ARTICLE 3 "OBLIGATIONS & DUTIES OF CMS" AND ARTICLE 7.15 (a) WHICH STATES: (CMS) IS FULLY RESPONSIBLE FOR ALL WORK PERFORMED UNDER THIS CONTRACT. NO SUBCONTRACT ENTERED INTO WITH RESPECT TO THIS CONTRACT SHALL IN ANY WAY RELIEVE (CMS) OF RESPONSIBILITY FOR PERFORMANCE OF IT"S DUTIES.

7. ENTER A JUDGEMENT AND/OR FINE AGAINST THE (ADC) OFFICIALS FOR HAVING KNOWLEDGE OF AND ALLOWING THE BLATANT VIOLATIONS OF THE (ADC-DCP)-(CMS) SERVICE AGREEMENT (SPECIFICALLY) ARTICLE IV "OBLIGATIONS AND DUTIES OF (ADC-DCP)" AND ARTICLE 7.19 (b) WHICH STATES: " THE PRIMARY RESPONSIBILITY OF THE (ADC-DCP) PROJECT DIRECTORS SHALL BE TO MONITOR AND ADHERENCE TO THE WORK REQUIREMENTS OF THE CONTRACT. ENFORCEMENT AUTHORITY SHALL INCLUDE INSTITUTION OF MONETARY PUNITIVE ACTION AND INITIATING ACTION PURSUANT TO BREACH OR

TERMINATION OF CONTRACT."

8. AND ANY AND ALL OTHER RELIEF IN WHICH THIS COURT DEEMS JUST AND PROPER IN THE ABOVE STYLED CASE. THANKS FOR YOUR TIME, EFFORT AND CONSIDERATION IN THIS MATTER.

RESPECTFULLY

SUBMITTED ,

_____

PLAINTIFF ,                    PRO SE

" CERTIFICATE  OF  SERVICE "

I , KENNETH JORDAN,  DO HEREBY STATE AND CERTIFY THAT A COPY OF THE FOREGOING: " 1983 CIVIL COMPLAINT AND STATEMENT OF FACTS "  WAS SENT BY THE UNITED STATES POSTAL SERVICE TO:

UNITED STATES DISTRICT COURT

C/O JAMES Mc CORMACK / U.S. DISTRICT CLERK

600 WEST CAPITOL AVE., SUITE 402

LITTLE ROCK, ARKANSAS    72201-3325

THIS  29TH  DAY  OF  JANUARY,  2004.

_____

PLAINTIFF ,                    PRO SE

**STATE OF ARKANSAS**
**COUNTY OF <u>JEFFERSON</u>**


   **SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this**
**19th , day of <u>January, 2004.</u>**


                                                    _Talbot Falls_
                                                 **NOTARY PUBLIC**

**My Commission Expires:** _4-17-2005_


                    <u>**CERTIFICATE OF SERVICE**</u>

   On January 10, 2004 a copy of the foregoing motion was mailed,
postage paid to the United States District, court c/o James
McCormack/clerk, 600 West Capitol Ave Suite 402, Little Rock, AR
72201-3325.


                                          _____
                                          Affiant, pro-se
                                          ADC# 96352

**STATE OF ARKANSAS**
**COUNTY OF <u>JEFFERSON</u>**


SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this
**9th** , day of <u>January, 2004.</u>


*Talbot Fell*
NOTARY PUBLIC

My Commission Expires: *4-17-2005*


## <u>CERTIFICATE OF SERVICE</u>

On January 10, 2004 a copy of the foregoing motion was mailed,
postage paid to the United States District, court c/o James
McCormack/clerk, 600 West Capitol Ave Suite 402, Little Rock, AR
72201-3325.


Affiant, pro-se
ADC# 96352

" AFFIDAVIT "

     I , JOHN R. BUTCHER DO HEREBY SWEAR, STATE AND CERTIFY THAT I INVESTIGATED AND FILED ON BEHALF OF INMATE KENNETH JORDAN HIS 1983 CIVIL COMPLAINT. MR. JORDAN IS UNABLE TO READ OR WRITE AND IS IN THE LOWEST CLASSES WITHIN THE SCHOOL AT THE ARKANSAS DEPARTMENT OF CORRECTIONS. I HAVE HAD TO TAKE WHAT HE SAID HAPPENED AND WRITE UP HIS CLAIM. I HAD A LITTLE KNOWLEDGE OF HIS CASE BECAUSE I ALSO HELPED HIM FILE HIS GRIEVANCES WHILE AT THIS UNIT. WE ARE IN THE SAME BARRACKS SO I HELPED HIM FILE THE COMPLAINT AND YET, I AM ABOUT TO MAKE PAROLE AND LEAVE THEREFORE HE WILL NOT HAVE ANY OTHER RECOURSE BUT TO REQUEST THIS COURT TO APPOINT COUNSEL ON HIS BEHALF. THERE IS "NO" POSSIBLE WAY THAT HE CAN REPRESENT HIMSELF UPON MY RELEASE. I AM NOT AN ATTORNEY YET, I"VE TRIED TO HELP HIM THE BEST I COULD AND HIS BACK HAS REALLY CAUSED HIM ALOT OF PAIN AND SUFFERING AT THE HANDS OF THE DEFENDANTS. THE (CMS) OFFICIALS HAVE DENIED HIM MEDICAL TREATMENT AND MEDICATION AND ACESS TO SPECIALIST. THEY"VE ALSO VIOLATED HIS AND OTHER INMATES RIGHT"S WITH CONDITIONS OF CONFINEMENT, PROVIDING "NO" PROPER LAUNDRY SERVICE, WITH "NO" BLEACH, LAUNDRY SOAP, ECT... THANKS FOR YOUR TIME, EFFORT AND CONSIDERATION IN THIS MATTER.

                       RESPECTFULLY

                       SUBMITTED ,

               AFFIANT         PRO SE

C.C. U.S. DISTRICT COURT
     MY FILES

V.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your
case. Describe how each defendant is involved.   Include
also the names of other persons involved, dates, and places.
Do not give any legal arguments or cite any cases or
statutes.   If you intend to allege a number of related
claims, number and set forth each claim in a separate
paragraph.    (Use as much space as you need.   Attach extra
sheets if necessary.) THE PLAINTIFF WAS DIAGNOSED WITH A CHRONIC
TEETH PROBLEMS WHEN HE FIRST CAME TO THE ARK. DEPT. OF CORRECTIONS AND (CMS) IS
THE HEALTH CARE PROVIDER WHO HAS STEADILY DENIED THE PLAINTIFF MEDICAL TREATMENT
TO A SERIOUS MEDICAL CONDITION. THE PLAINTIFF CONTENDS THAT HE HAS BROUGHT HIS
MEDICAL CONDITION TO "ALL" THE DEFENDANTS ATTENTION AND THEY'VE WITH DELIBERATE
INDIFFERENCE HAVE DENIED HIM CORRECTIVE ACTION AND/OR MEDICAL TREATMENT. HIS
TEETH STARTED GIVING HIM PROBLEMS SHORTLY AFTER ENTERING THE (ADC, HE HAS FURTHER
BEEN DENIED MEDICATION THAT WAS ORDER BY A (CMS) DOCTOR. THE PLAINTIFF IS ALSO
FILING FOR CONDITIONS OF CONFINEMENT AND DENIAL OF PROPER LAUNDRY SERVICES
CREATING UNSAFE CONDITIONS FOR THE INMATE POPULATION. FURTHERMORE, THE PLAINTIFF
HAS BEEN MADE TO WORK IN THE KITCHEN, STANDING SOME FOUR TO SIX HOURS A DAY EVEN
DESPITE HIS MEDICAL RESTRICTIONS AND LIMITATIONS. THEN ON 12-06-03, THE PLAINTIFF
FELL ON A SLIPPERY, SEWAGE INFESTED FLOOR AND DID INJURY TO HIS BACK. THE
PLAINTIFF FIRST PUT IN A SICK CALL AND WHEN HE HAD NOT BEEN SEEN IN SEVERAL DAYS
HE THEN WROTE AN EMERGENCY GRIEVANCE INWHICH WAS DEEMED NOT TO BE AN EMERGENCY BY
(CMS) MEDICAL INFIRMARY STAFF. THE PLAINTIFF WROTE SEVERAL REQUEST FOR
INTERVIEWS, GRIEVANCES AND EVEN LETTERS TO MICHEAL PFIEFFER AND RICHARD MILES, AS
WELL AS GEORGE WILSON.                           (SEE) STATEMENT OF FACTS

VI.   Relief

State briefly exactly what **YOU want the court to do for** YOU.
Make **no legal arguments. Cite no cases or statutes**.
THE PLAINTIFF WOULD LIKE HIS CHRONIC BACK PROBLEM REPAIRED AND THE (ADC) AND
(CMS) POLICY TOWARD INMATE MEDICAL TO CHANGE, THE PLAINTIFF WOULD LIKE THIS
COURT TO GRANT HIM NOMINAL, COMPENSITORY, ACTUAL AND PUNITIVES DAMAGES IN THE
AMOUNT OF ONE (1) MILLION DOLLARS TO SEND A MESSAGE TO THE DEFENDANTS THAT THIS
TYPE OF TREATMENT AND DENIAL OF INMATES SERIOUS MEDICAL NEEDS WILL NOT BE
TOLERATED. THE PLAINTIFF REQUEST THIS JUDGEMENT IN FAVOR OF THE PLAINTIFF AGAINST
EACH DEFENDANT AS ALLOWED BY LAW, AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY,
AS WELL AS ANY AND ALL OTHER RELIEF INWHICH THIS COURT DEEMS PROPER.


I declare under penalty of perjury (18 U. S. C. § 1621 that
the foregoing is true and correct.

Executed on this _27TH_ day of ___JANUARY___, 20_04_.


_____

_____
Signature(s) of plaintiff(s)

-4-

" STATEMENT OF FACTS "

ON OR ABOUT JULY 23, 2003, THE PLAINTIFF HAD FIVE (5) TEETH PULLED BY THE CUMMINS UNIT DENTIST AND WAS PRESCRIBED THIRTY TABLETS OF CEPHALEXIN, (ANTIBIOTICS) 500MG ONE X DAILY. THEN ON OR ABOUT JULY 30th, 2003, THE PLAINTIFF WITH TWENTY-FOUR (24) OTHER INMATES WAS TRANSFERED TO THE JEFFERSON COUNTY JAIL/ CORRECTIONAL FACILITY (HEREINAFTER REFERRED TO AS THE JCJ/CF) UPON ARRIVING AT THE JCJ/CF, INMATE JORDAN"S PERSONAL PROPERTY WAS INVENTORIED BY DEFENDANT, SGT. RYAN OF THE ARKANSAS DEPARTMENT OF CORRECTION (HEREINAFTER REFERRED TO AS THE ADC). THE PLAINTIFF"S MEDICATION WAS TAKEN FROM HIM ALONG WITH HIS TAGMET, NASAL SPRAY, ASPIRIN, METAMORPHIN, HYDRACORTIZONE AND TRIPLE ANTIBIOTIC CREME. DURING THE INCOMING INVENTORY SHAKEDOWN. SGT RYAN TURNED OVER "ALL" THE ABOVE MENTIONED MEDICATIONS TO NURSE THOMAS OF THE CORRECTIONAL MEDICAL SERVICES INFIRMARY (HEREINAFTER REFERRED TO AS CMS).

LATER THAT AFTERNOON INMATE JORDAN ASKED DEFENDANT SGT. RYAN WHAT HE DID WITH HIS MEDS AND THE MR. RYAN TOLD HIM THAT HE TURNED THE MEDICATION OVER TO NURSE THOMAS. LATER THAT SAME DAY THE PLAINTIFF ASKED NURSE THOMAS (IF) SHE HAD HIS MEDICATION AND SHE SAID, DO I LOOK LIKE A WALKING MEDICINE CABINET. HE WAS REFUSED HIS MEDICINE AT THE PILL WINDOW AND AT THAT POINT, INMATE JORDAN THEN FILED AN EMERGENCY GRIEVANCE THAT WAS SIGNED AND RECEIVED BY SGT. K. COURTNEY.

ON JULY 31st, 2003, THE PLAINTIFF WENT TO THE PILL WINDOW AND WAS AGAIN TOLD HE HAD "NO" MEDICATION, HE WENT THEN TO THE INFIRMARY DOOR AND PERSONALLY TALKED TO NURSE THOMAS, WHO SAID SHE KNEW NOTHING OF HIS MEDICATIONS. HE TRIED TO EXPLAIN TO HER HIS SITUATION AND THAT HE HAD PUT IN A EMERGENCY GRIEVANCE AND SHE THEN STATED: "SHE DID NOT HAVE TIME TO HEAR HIS SOB STORIES!!" THE PLAINTIFF WAS IN EXTREME PAIN AND SUFFERING REALLY BAD. HE WENT BACK TO THE PILL WINDOW AND EXPLAINED TO THE NURSE THAT HE WAS A DIABETIC WHO WAS SUPPOSE TO BE TAKING ANTIBIOTICS FOR HIS INFECTED TEETH AND SHE SAID (IF) NURSE THOMAS COULDN"T HELP HIM SHE COULDN"T EITHER.

ON AUGUST 1st, 2003, THROUGH AUGUST 4th 2003, THE PLAINTIFF"S GUMS BECAME SEVERELY INFECTED, THEY BEGAN TO SWELL AND BLEED BADLY AND WAS DIRECT RESULTS OF NOT BEING GIVEN HIS ANTIBIOTIC MEDICATIONS. BECAUSE THE PLAINTIFF IS A DIABETIC IT PUT HIS LIFE IN SERIOUS JEOPARDY AND WORSENED THE PLAINTIFF"S PAIN, AND SUFFERING AT THE HANDS OF THE DEFENDANTS. FINALLY AFTER APPROXIMATELY A WEEK OF DOING WITHOUT HIS MEDICATION. HE WAS RETURNED HIS

" EXHAUSTION "

MEDICATION AND YET, THE SWELLING CONTINUED AND WORSENED.

ON AUGUST 7th, 2003, THE PLAINTIFF WAS SEEN BY A NURSE ON SICK CALL AND REFERED IMMEDIATELY TO THE UNIT DENTIST, WHO HAPPEN TO BE AT THE UNIT THAT DAY. HE WAS REFERED TO ANOTHER DENTIST AT DIAGNOSTIC WHO A COUPLE DAYS LATER SAW THE PLAINTIFF AND ORDERED HIM TEN (10) DAYS OF PENICELLIN FOR SEVERE INFECTION OF THE GUMS. THE PLAINTIFF STILL HAS BIG HOLES IN HIS MOUTH NOW BECAUSE OF THE DENIAL OF MEDICATION AND TREATMENT OF A VERY SERIOUS MEDICAL NEED. YET STILL THE PLAINTIFF DID NOT FILE ANY CIVIL ACTION AGAINST THE (ADC) & (CMS) OFFICIALS.

THEN ON DECEMBER 6th, 2003, WHILE STILL BEING FORCED TO WORK IN THE JCJ/CF UNIT KITCHEN BEYOND HIS MEDICAL CONDITIONS. THE PLAINTIFF WENT IN THE BATHROOM TO USE THE RESTROOM AND SLIPPED ON THE FLOOR WHICH WAS INFESTED WITH SEWAGE WATER INWHICH HAD LEAKED FROM THE TOILET CREATING SEVERELY UNSAFE CONDITIONS FOR THE INMATE POPULATION. THE PLAINTIFF INJURED HIS BACK AND REQUESTED TO BE CARRIED TO THE INFIRMARY BECAUSE HE HAD INJURED HIS BACK. HIP AND HAD A LARGE KNOT ON HIS HEAD. HIS SUPERVISOR CARRIED HIM TO THE INFIRMARY WERE HE WAS GIVEN TWO (2) TYLENOLS AND TOLD TO PUT IN A SICK CALL, BECAUSE THIS WAS NOT AN EMERGENCY SITUATION. THE PLAINTIFF THEN PUT IN A SICK CALL AND ON DECEMBER 12th, 2003, WHEN HE HAD NOT SEEN THE DOCTOR, HE PUT IN AN EMERGENCY GRIEVANCE SIGNED AND RECIEVED BY OFFICER SHENNA ODUAH AND NEVER RECEIVED ANY RESPONSES TO HIS GRIEVANCES. THE PLAINTIFF HAS FILED SEVERAL GRIEVANCES "ALL" INWHICH HAVE BEEN ENCLOSED. THE PLAINTIFF HAS NOT ONLY FILED GRIEVANCES TO THE WARDEN DEFENDANT, GRANT HARRIS, YET ALSO TO MAX MOBLEY AND AN EXTRA STEP NOT REQUIRED TO LARRY NORRIS. THE PLAINTIFF ALSO SENT IN REQUEST FOR INTERVIEWS, TO MS. BEARDON, GRANT HARRIS & MAX MOBLEY. THE PLAINTIFF CONTENDS THAT HE HAS EXHAUSTED "ALL" POSSIBLE ADMINISTRATIVE REMEDIES TO DEFENDANTS, GRANT HARRIS/WARDEN AT THE JCJ/CF, MS. WILLIS/(CMS) INFIRMARY MANAGER AT JCJ/CF, MAX MOBLEY/ASST. DEPUTY DIRECTOR, ALSO IN "GOOD FAITH" EXTRA STEPS TO DEFENDANTS, LARRY NORRIS/(ADC) DIRECTOR, RICHARD MILES/CEO & PRESIDENT OF (CMS) AND GEORGE WILSON/ARKANSAS REGIONAL MANAGER FOR (CMS), EVERY POSSIBLE ADMINISTRATIVE REMEDY HAS BEEN EXHAUSTED AND NOW THE PLAINTIFF APPEALS TO THE UNITED STATES DISTRICT COURT WHICH IS HIS NEXT LEVEL OF APPEAL (PER) NOT RECEIVING ANY RESPONSES FROM THE ASST. DEPUTY DIRECTOR, MAX MOBLEY AND/OR HIS EXTRA STEPS NOT REQUIRED BY THE COURTS TO LARRY NORRIS, RICHARD MILES AND GEORGE WILSON OF THE CORPORATION (CMS) WHO IS CONTRACTED BY THE (ADC) TO PROVIDE HEALTH CARE SERVICES FOR THE INMATE POPULATION OF THE (ADC). (PER) (ADC-DCP)-(CMS) SERVICE AGREEMENT.

THE PLAINTIFF CONTENDS THAT HE HAS EXHAUSTED "ALL" OF THE REQUIRED REMEDIES BY THIS COURT AND THAT THE NEW GRIEVANCES (ONLY) SERVE AS FURTHER PROOF OF KNOWLEDGE AND "GOOD FAITH" EFFORT ON THE BEHALF OF THE PLAINTIFF TO SOLVE THIS PROBLEM PRIOR TO APPEALING THIS ACTION TO THE U.S. DISTRICT COURT. FURTHERMORE THE PLAINTIFF (ALSO) CONTENDS THAT (PER) WILLIAMS VS. NORRIS, 176 F3d 1089,1090 (8th Cir. 1999) (HOLDS THAT IT IS SUFFICIENT FOR A PRISONER TO EXHAUST THEIR REMEDIES BEFORE TRIAL)

FURTHERMORE, IT IS NOT NECESSARY FOR THE PLAINTIFF TO RE-EXHAUST ADMINISTRATIVE REMEDIES CONCERNING THE SAME GRIEVANCE ISSUES AND VIOLATIONS OF HIS CONSTITUTIONAL RIGHT"S. THE PLAINTIFF HAS INCLUDED HIS (ONLY) COPIES OF THE GRIEVANCES, REQUEST FOR INTERVIEWS, LETTERS, ETC... AND ALSO THE PLAINTIFF (ALSO) WOULD LIKE TO INTRODUCE THE FACT THAT THIS IS A MEDICAL UNIT AND YET, THE (ADC) JCJ/CF OFFICIALS DO NOT PROVIDE A LAUNDRY SERVICE FOR THE INMATE POPULATION IN THE BUILDING. THIS ONLY SERVES TO PUT THE INMATE POPULATION IN UNSAFE, UNHEALTHY AND RISK OF SERIOUS HARM BECAUSE OF CONTAGOUS DISEASES AT THE UNIT. ETC... THE (ADC) JCJ/CF UNIT DOES NOT PROVIDE ANY SOAP, DETERGENT AND/OR BLEACH, AND REQUIRE THE INMATE POPULATION TO WASH THEIR DIRTY SOCKS, UNDERWEAR, BOXERS, ETC... IN THE SAME SINK INWHICH THEY ARE FORCED TO BRUSH THEIR TEETH, WASH THEIR FACE AND WASH THEIR BOWLS AND EATTING UTENSILS. THIS IS CLEARLY UNSAFE AND UNSANITARY CONDITIONS THAT ONLY SERVE TO PLACE THE JCJ/CF INMATE POPULATION IN MORE DANGER OF SERIOUS HARM OF DISEASES ETC...

" CAUSES OF ACTION "

THE PLAINTIFF SUPPORT THE FOLLOWING CLAIMS BY REFERENCE TO THE PREVIOUS PARAGRAPHS OF THIS COMPLAINT:

" COUNT I "

THE DELIBERATE INDIFFERENCE OF THE (ADC) AND (CMS) OFFICIALS AT JCJ/CF (ADC) UNIT FOR DENYING AND DELAYING MEDICATION AS WELL AS TREATMENT FOR SERIOUS MEDICAL NEEDS AND THE CONTINUED VIOLATIONS TO DEPRIVE THE PLAINTIFF"S RIGHT"S UNDER THE DUE PROCESS CLAUSE OF THE 8th AND 14th AMENDMENTS OF THE UNITED STATES CONSTITUTION.

## " COUNT II "

ALL THE ABOVE NAMED DEFENDANTS FAILED TO INTERVENE IN THE ONGOING VIOLATION OF THE PLAINTIFF"S RIGHT"S WHEN CLEARLY MADE AWARE OF THE MEDICAL ISSUES AND DENIAL OF TREATMENT, SOME PERSONALLY INVOLVED IN BOTH THE DENIAL AND SOME WERE PERSONALLY INVOLVED IN DENYING CORRECTIVE ACTIONS "ALL" OF WHICH AMOUNTED TO DELIBERATE INDIFFERENCE IN VIOLATION OF THE PLAINTIFF"S RIGHT"S UNDER THE DUE PROCESS CLAUSES OF THE 8th AND 14th AMENDMENTS OF THE UNITED STATES CONSTITUTION.

## " COUNT III "

THE DELIBERATE INDIFFERENCE OF DEFENDANTS, MICHEAL PFIEFFER, RICHARD MILES, GEORGE WILSON AND (CMS) CORRECTIONAL MEDICAL SERVICE FOR SETTING POLICIES, PROCEDURES AND PROTOCALL INWHICH ALLOWS THEIR EMPLOYEES TO DENY THE PLAINTIFF"S AND OTHER INMATES OF THE (ADC) SERIOUS MEDICAL NEEDS (SIMPLY) BECAUSE OF COST, AND THE ONGOING SUBSTANTIAL RISK OF SERIOUS HARM TO THE PLAINTIFF AND OTHER INMATES FOR THE DENIAL OF MEDICATION AND TREATMENT INWHICH IS STILL ON GOING AT PRESENT DEPRIVING THE PLAINTIFFS RIGHT"S UNDER THE DUE PROCESS CLAUSES OF THE 8th AND 14th AMENDMENTS OF THE UNITED STATES CONSTITUTION.

## " COUNT IV "

THE PLAINTIFF CONTENDS THE (CMS) OFFICIALS ARE IN VIOLATION OF THEIR (ADC-DCP)-(CMS) SERVICE AGREEMENT AND THE (ADC) OFFICIALS KNOW THAT THE (CMS) OFFICIALS ARE IN VIOLATION AND YET, THE (ADC) OFFICIALS ARE ALLOWING THE MISTREATMENT, CRUEL & UNUSUAL PUNISHMENT, DENIAL OF MEDICATION AND TREAMENT OF SERIOUS MEDICAL NEEDS OF INMATES (SIMPLY) BECAUSE THE (CMS) HEALTH CARE PROVIDER WAS THE LOWEST BIDDER. THE (ADC) AND (CMS) OFFICIALS DELIBERATE INDIFFERENCE IN ALLOWING THEIR OFFICIALS TO VILATE THE (ADC-DCP)-(CMS) SERVICE AGREEMENT ARE ALSO VIOLATING THE PLAINTIFF"S AND OTHER INMATES INCARCERATED WITHIN THE (ADC) JCJ/CF UNIT DEPRIVING THEM OF THE CONSTITUTIONAL RIGHT"S UNDER THE DUE PROCESS CLAUSES OF THE 8th AND 14th AMENDMENTS OF THE UNITED STATES CONSTITUTION.

" PRAYER FOR RELIEF "

WHEREFORE, THE PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT:

1. DECLARES THE ACTS AND OMMISSIONS DESCRIBED HEREIN VIOLATED THE PLAINTIFF"S RIGHT"S UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

2. ENTER A PRELIMINARY AND PERMANENT INJUNCTION ORDERING THE DEFENDANTS FOR THE (ADC) AND (CMS), THEIR SUCESSORS, AGENTS, EMPLYEES, AND "ALL" PERSONS ACTING IN CONCERT WITH THEM TO IMMEDIATELY GIVE THE PLAINTIFF PROPER MEDICAL TREATMENT, MEDICATION ETC...

3. ENTER A PRELIMINARY AND PERMANENT INJUNCTION ORDERING THE (ADC) OFFICIALS, THEIR SUCCESSORS, AGENTS, EMPLOYEES AND "ALL" PERSONS ACTING IN CONCERT WITH THEM SUCH AS (CMS) TO CHANGE THEIR POLICIES, PROCEDURES AND PROTOCALL DENYING INMATES PROPER MEDICAL TREATMENT AND MEDICATIONS (SIMPLY) BECAUSE OF COST.

4. ENTER A PRELIMINARY AND PERMANENT INJUNCTION ORDERING THE (ADC) AND (CMS) OFFICIALS WHEN PROPERLY NOTIFIED AND MADE AWARE OF SUCH DENIALS OF MEDICATION AND TREATMENT OF INMATES SERIOUS MEDICAL NEEDS, TO ACT PROMPTLY OR FACE SEVERE PENALTIES.

5. ENTER A JUDGEMENT IN FAVOR OF THE PLAINTIFF FOR NOMINAL, COMPENSATORY, ACTUAL AND PUNITIVE DAMAGES, AS ALLOWED BY LAW, AGAINST THE DEFENDANTS, BOTH JOINTLY AND SEVERALLY, TO SEND A MESSAGE TO OTHER (ADC) AND (CMS) OFFICIALS THAT SUCH BLATANT CRUEL AND UNUSUAL PUNISHMENT, DELIBERATE INDIFFERENCE AND RECKLESS DISREGARD TO INMATES SERIOUS MEDICAL NEEDS WILL NOT BE TOLERATED IN THE SUM OF ONE (1) MILLION DOLLARS.

6. ENTER A JUDGEMENT AGAINST CORRECTIONAL MEDICAL SERVICE FOR BLATANT VIOLATIONS OF THE (ADC-DCP)-(CMS) SERVICE AGREEMENT (SPECIFICALLY) ARTICLE 3 "OBLIGATIONS & DUTIES OF CMS" AND ARTICLE 7.15 (a) WHICH STATES: (CMS) IS FULLY RESPONSIBLE FOR ALL WORK PERFORMED UNDER THIS CONTRACT. NO SUBCONTRACT ENTERED INTO WITH RESPECT TO THIS CONTRACT SHALL IN ANY WAY RELIEVE (CMS) OF RESPONSIBILITY FOR PERFORMANCE OF IT"S DUTIES.

7. ENTER A JUDGEMENT AND/OR FINE AGAINST THE (ADC) OFFICIALS FOR HAVING KNOWLEDGE OF AND ALLOWING THE BLATANT VIOLATIONS OF THE (ADC-DCP)-(CMS) SERVICE AGREEMENT (SPECIFICALLY) ARTICLE IV "OBLIGATIONS AND DUTIES OF (ADC-DCP)" AND ARTICLE 7.19 (b) WHICH STATES: " THE PRIMARY RESPONSIBILITY OF THE (ADC-DCP) PROJECT DIRECTORS SHALL BE TO MONITOR AND ADHERENCE TO THE WORK REQUIREMENTS OF THE CONTRACT. ENFORCEMENT AUTHORITY SHALL INCLUDE INSTITUTION OF MONETARY PUNITIVE ACTION AND INITIATING ACTION PURSUANT TO BREACH OR

TERMINATION OF CONTRACT."

8. AND ANY AND ALL OTHER RELIEF INWHICH THIS COURT DEEMS JUST AND PROPER IN THE ABOVE STYLED CASE. THANKS FOR YOUR TIME, EFFORT AND CONSIDERATION IN THIS MATTER.

RESPECTIFULLY

SUBMITTED ,


PLAINTIFF ,                    PRO SE



" CERTIFICATE  OF  SERVICE "


I , KENNETH JORDAN,  DO HEREBY STATE AND CERTIFY THAT A COPY OF THE FOREGOING: " 1983 CIVIL COMPLAINT AND STATEMENT OF FACTS " WAS SENT BY THE UNITED STATES POSTAL SERVICE TO:


UNITED STATES DISTRICT COURT

C/O JAMES Mc CORMACK / U.S. DISTRICT CLERK

600 WEST CAPITOL AVE., SUITE 402

LITTLE ROCK, ARKANSAS   72201-3325



THIS _29TH_ DAY OF  JANUARY,  2004.


PLAINTIFF   ,        PRO SE

" AFFIDAVIT "

I , JOHN R. BUTCHER DO HEREBY SWEAR, STATE AND CERTIFY THAT I INVESTIGATED AND FILED ON BEHALF OF INMATE KENNETH JORDAN HIS 1983 CIVIL COMPLAINT. MR. JORDAN IS UNABLE TO READ OR WRITE AND IS IN THE LOWEST CLASSES WITHIN THE SCHOOL AT THE ARKANSAS DEPARTMENT OF CORRECTIONS. I HAVE HAD TO TAKE WHAT HE SAID HAPPENED AND WRITE UP HIS CLAIM. I HAD A LITTLE KNOWLEDGE OF HIS CASE BECAUSE I ALSO HELPED HIM FILE HIS GRIEVANCES WHILE AT THIS UNIT. WE ARE IN THE SAME BARRACKS SO I HELPED HIM FILE THE COMPLAINT AND YET, I AM ABOUT TO MAKE PAROLE AND LEAVE THEREFORE HE WILL NOT HAVE ANY OTHER RECOURSE BUT TO REQUEST THIS COURT TO APPOINT COUNSEL ON HIS BEHALF. THERE IS "NO" POSSIBLE WAY THAT HE CAN REPRESENT HIMSELF UPON MY RELEASE. I AM NOT AN ATTORNEY YET, I"VE TRIED TO HELP HIM THE BEST I COULD AND HIS BACK HAS REALLY CAUSED HIM ALOT OF PAIN AND SUFFERING AT THE HANDS OF THE DEFENDANTS.THE (CMS) OFFICIALS HAVE DENIED HIM MEDICAL TREATMENT AND MEDICATION AND ACESS TO SPECIALIST. THEY"VE ALSO VIOLATED HIS AND OTHER INMATES RIGHT"S WITH CONDITIONS OF CONFINEMENT, PROVIDING "NO" PROPER LAUNDRY SERVICE, WITH "NO" BLEACH, LAUNDRY SOAP, ECT... THANKS FOR YOUR TIME, EFFORT AND CONSIDERATION IN THIS MATTER.

RESPECTFULLY
SUBMITTED ,

AFFIANT ,          PRO SE

C.C. U.S. DISTRICT COURT
    MY FILES

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

# *Exhibits Attached to Original Document in Courts's Case File*